DUANE W. RENO, SBN 67262
DAVIS & RENO
22 Battery Street, Suite 1000
San Francisco, CA 94111
415-274-8700
415-274-8770 (facscimile)

PETER F. CARON, SBN 157364
2030 Divisadero Street
San Francisco, CA 94115
415-831-4204

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #l83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street. Fifth floor
San Francisco. California 94102-5408
Telephone: (415) 554-3976
Facsimile: (415) 554-4248
E-Mail: ruth.bond@sfgov.org
Attomeys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA J. DUFF-BROWN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY AND COUNTY OF SAN )<br>FRANCISCO, CALIFORNIA, )<br>)<br>Defendant. )<br>_____ ) | No. CV-11-03917 TEH<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SETTING NEW FILING AND<br>HEARING DATES ON CROSS-<br>MOTIONS FOR SUMMARY<br>JUDGMENT |

The parties to this action, through their respective counsel, hereby stipulate, request, and agree that at the request of Duane W. Reno, counsel for plaintiffs, in light of medical issues he has experienced that have kept him out of the office for most of the past few weeks and that may require surgical procedures in the very near future, new filing

STIPULATION AND ORDER SETTING NEW FILING AND HEARING DATES FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT                                                                                     -1-

1 and hearing dates should be set on the cross-motions for summary judgment to be filed in
2 this matter.

3     The filing and hearing dates of these cross-motions were previously set as follows:

4         Cross-motions to be filed by June 4, 2012

5         Oppositions due by June 18, 2012

6         Replies due by June 25, 2012

7         Hearing Date: Monday, July 9, 2012

8     The new dates requested by counsel for both parties are as follows:

9         Cross-motions to be filed by August 6, 2012

10         Oppositions due by August 20, 2012

11         Replies due by August 27, 2012

12         Hearing Date:  Monday, September 10, 2012

13 Dated: May 25, 2012

14                                      DAVIS & RENO

15

16                             By__/s/ Duane W. Reno_____
                               Duane W. Reno
17                                Attorneys for Plaintiffs

18 Dated:  May 25, 2012

19                                DENNIS J, HERRERA
                               City Attorney
20                                ELIZABETH SALVESON
                               Chief Labor Attorney
21                                RUTH M. BOND
                               Deputy, City Attorney
22

23                             By__/s/ Ruth M. Bond_____
                               Ruth M. Bond
24                                Attorneys for Defendant
                               CITY AND COUNTY OF SAN FRANCISCO
25

26 **[~~PROPOSED~~] ORDER**

27     Pursuant to the stipulation above, new filing and hearing dates on the cross-
motions for summary judgment to be filed in this matter are set as follows:
28

STIPULATION AND ORDER SETTING NEW FILING AND HEARING DATES FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT                                        -2-

1         Cross-motions to be filed by August 6, 2012

2         Oppositions due by August 20, 2012

3         Replies due by August 27, 2012

4         Hearing Date: Monday, September 10, 2012

5 **IT IS SO ORDERED.**

6 Dated: 05/29/2012

 

 

        UNITED STATES DISTRICT JUDGE

        Judge Thelton E. Henderson

STIPULATION AND ORDER SETTING NEW FILING AND HEARING DATES FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT    -3-