DUANE W. RENO, SBN 67262
DAVIS & RENO
22 Battery Street, Suite 1000
San Francisco, CA 94111
415-274-8700
415-274-8770 (facscimile)

PETER F. CARON, SBN 157364
2030 Divisadero Street
San Francisco, CA 94115
415-831-4204

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #l83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street. Fifth floor
San Francisco. California 94102-5408
Telephone: (415) 554-3976
Facsimile: (415) 554-4248
E-Mail: ruth.bond@sfgov.org
Attomeys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA J. DUFF-BROWN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO, CALIFORNIA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV-11-03917 TEH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SETTING NEW FILING AND HEARING DATES ON CROSS-MOTIONS FOR SUMMARY JUDGMENT <br><br> **IT IS SO ORDERED AS MODIFIED** |

The parties to this action, through their respective counsel, hereby stipulate, request, and agree that at the request of Duane W. Reno, counsel for plaintiffs, in light of medical issues he has experienced that have kept him out of the office for most of the past

STIPULATION AND ORDER SETTING NEW FILING AND HEARING DATES FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT                                                    -1-

few weeks and that required a surgical procedure which was performed at the Stanford Cancer Center on July 2, 2012, and that require a further, more extensive surgical procedure which is to be performed at the Stanford Cancer Center on August 8, 2012, new filing and hearing dates should be set on the cross-motions for summary judgment to be filed in this matter.

The filing and hearing dates of these cross-motions were originally set as follows:

Cross-motions to be filed by June 4, 2012

Oppositions due by June 18, 2012

Replies due by June 25, 2012

Hearing Date: Monday, July 9, 2012

At the previous request of Mr. Reno, those dates were reset as follows:

Cross-motions to be filed by August 6, 2012

Oppositions due by August 20, 2012

Replies due by August 27, 2012

Hearing Date: Monday, September 10, 2012

The new dates requested by counsel for both parties are as follows:

Cross-motions to be filed by September 24, 2012

Oppositions due by October 15, 2012

Replies due by October 22, 2012

Hearing Date: Monday, October 29, 2012

Dated: July 31, 2012

                                            DAVIS & RENO


                                        By   /s/ Duane W. Reno
                                              Duane W. Reno
                                              Attorneys for Plaintiffs

Dated: July 31, 2012

                                            DENNIS J, HERRERA
                                            City Attorney
                                            ELIZABETH SALVESON

STIPULATION AND ORDER SETTING NEW FILING AND HEARING DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT                  -2-

1                                      Chief Labor Attorney
                                        RUTH M. BOND
2                                      Deputy, City Attorney

3

                                    By  /s/ Ruth M. Bond
4                                         Ruth M. Bond
                                        Attorneys for Defendant
5                                         CITY AND COUNTY OF SAN FRANCISCO

6 **[PROPOSED] ORDER**

7     Pursuant to the stipulation above, new filing and hearing dates on the cross-

8 motions for summary judgment to be filed in this matter are set as follows:

9          Cross-motions to be filed by September 24, 2012

10         Oppositions due by October 15, 2012

11         Replies due by October 22, 2012

12         Hearing Date: Monday, ~~October 29~~ November 5, 2012

13 **IT IS SO ORDERED.**

14 Dated: 08/02/2012

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED AS MODIFIED — signed Judge Thelton E. Henderson]

---

STIPULATION AND ORDER SETTING NEW FILING AND HEARING DATES FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT                              -3-