DUANE W. RENO, SBN 67262
DAVIS & RENO
22 Battery Street, Suite 1000
San Francisco, CA 94111
415-274-8700
415-274-8770 (facscimile)

PETER F. CARON, SBN 157364
2030 Divisadero Street
San Francisco, CA 94115
415-831-4204

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #l83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth floor
San Francisco. California 94102-5408
Telephone: (415) 554-3976
Facsimile: (415) 554-4248
E-Mail: ruth.bond@sfgov.org
Attomeys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA J. DUFF-BROWN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO, CALIFORNIA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV-11-03917 TEH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SETTING NEW DATE FOR HEARING ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND SUMMARY JUDGMENT |

The parties to this action, through their respective counsel, hereby stipulate, request, and agree that the hearing date for Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment be postponed from the

1  currently scheduled date of November 5, 2012 at 10:00 a.m., to November 26, 2012, at
2  10:00 a.m.

3  This request is made for the following reasons:

4  Duane W. Reno, counsel for Plaintiffs, underwent a surgical procedure at the
5  Stanford Cancer Center on August 8, 2012, as a result of which he has had severely
6  impaired speaking and hearing abilities;

7  Mr. Reno's speaking and hearing abilities have not improved sufficiently as of this
8  time that he would be able to adequately present oral argument on behalf of Plaintiffs on
9  the respective motions of the parties, and are not likely to improve significantly between
10 now and November 5, 2012;

11 Mr. Reno's law partner, Alan C. Davis, has agreed to appear and present oral
12 argument on behalf of Plaintiffs on the respective motions of the parties, but Mr. Davis
13 has prior commitments for November 5, 2012, November 12, 2012, and November 19,
14 2012.

15 Dated:  October 23, 2012

16                                                  DAVIS & RENO

17

18                                        By   /s/ Duane W. Reno
                                                Duane W. Reno
19                                              Attorneys for Plaintiffs

20 Dated:  October 23, 2012

21                                              DENNIS J, HERRERA
                                                City Attorney
22                                              ELIZABETH SALVESON
                                                Chief Labor Attorney
23                                              RUTH M. BOND
                                                Deputy, City Attorney
24

25                                        By   /s/ Ruth M. Bond
                                                Ruth M. Bond
26                                              Attorneys for Defendant
                                                CITY AND COUNTY OF SAN FRANCISCO
27

28

Stipulation and Order Setting New Hearing Date for Cross-Motions for Summary Judgment
Duff-Brown, et al. v. City and County of San Francisco, CV 11-03917 TEH                           -2-

1 **[~~PROPOSED~~] ORDER**

2      Pursuant to the stipulation above, the hearing date for Plaintiffs' Motion for Partial
3 Summary Judgment and Defendant's Motion for Summary Judgment is hereby postponed
4 from the currently scheduled date of November 5, 2012 at 10:00 a.m., to November 26,
5 2012, at 10:00 a.m.

6 **IT IS SO ORDERED.**

7 Dated: 10/31/2012

_____
Judge Thelton E. Henderson