1  DUANE W. RENO, State Bar #67262
   DAVIS & RENO
2  22 Battery Street, Suite 1000
   San Francisco, CA 94111
3  Telephone:    (415) 274-8700
   Facsimile:    (415) 274-8770
4
   PETER F. CARON, State Bar #157364
5  2030 Divisadero Street
   San Francisco, CA  94115
6  Telephone:    (415) 831-4204

7  Attorneys for Plaintiffs

8  DENNIS J. HERRERA, State Bar #139669
   City Attorney
9  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
10 RUTH M. BOND, State Bar #214582
   Deputy City Attorney
11 Fox Plaza
   1390 Market Street, Fifth Floor
12 San Francisco, California 94102-5408
   Telephone:  (415) 554-3976
13 Facsimile:  (415) 554-4248
   E-Mail:     ruth.bond@sfgov.org
14
   Attorneys for Defendant
15 CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA J. DUFF-BROWN, DENISE BROWN, CHARMINE C. DELA VEGA,  FAY P. LEE, DOUG MCKIRAHAN, JAY E. MITCHELL-WRIGHT, FERNANDO GARCIA, DARREN PAGE, FREDERICK ALEXANDER, NANCY ZHANG, PERCIVAL GARCIA, DENNIS LIM, JOSE SALINAR, DORIS BROWN, RONALDO VALENCIA, PETER MBAH, JACINTO A. BAUTISTA, THELMA E. MADAYAG, VIMLA BEHARI, NORBERTO PASCULA JR., NANCY B. NONILLA, EDGAR PADA, FE PURGANAN, Et Al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. CV 11-03917 (TEH)<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 19, 2013; [~~PROPOSED~~] ORDER**<br><br>IT IS SO ORDERED AS MODIFIED |

1 | The parties in the above-captioned action hereby stipulate and request to continue the further Case Management Conference set for August 19, 2013 at 1:30 p.m. At the previous Case Management Conference held on June 24, 2013, the parties agreed to attempt to take the depositions of several witnesses by the end of July. However, because of witness availability and scheduling conflicts of counsel for Plaintiffs and the Defendant, the parties have been unable to schedule the depositions until the weeks of October 21 and 28, 2013. The parties expect to complete the necessary depositions by November 1. Therefore, the parties request a continuance of the Case Management Conference to November 4, 2013, or for a time as soon thereafter as is convenient for the Court.

Respectfully submitted:

Dated: August 12, 2013

DAVIS & RENO

By: /s/Duane W. Reno
DUANE W. RENO

Attorneys for Plaintiffs

Dated: August 12, 2013

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
RUTH M. BOND
Deputy City Attorney

By:/s/Ruth M. Bond
RUTH M. BOND

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

1  **ORDER**

2  Pursuant to the Parties' Stipulation, the further Case Management Conference set for August

3  19, 2013, is hereby continued to November 4, 2013.  [handwritten: 18 above 19; 4 struck]

4  **IT IS SO ORDERED.**

5  
    Dated:   08/13/2013



IT IS SO ORDERED
AS MODIFIED

Judge Thelton E. Henderson