DUANE W. RENO, SBN 67262
DAVIS & RENO
22 Battery Street, Suite 1000
San Francisco, CA 94111
415-274-8700
415-274-8770 (facscimile)

PETER F. CARON, SBN 157364
2030 Divisadero Street
San Francisco, CA 94115
415-831-4204

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
ELIZABETH SALVESON, State Bar. No. 83788
Chief Labor Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-3976
Facsimile: (415) 554-4248
E-Mail: ruth.bond@sfgov.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA J. DUFF-BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | No. CV-11-03917 TEH<br><br>STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR JANUARY 13, 2014; [PROPOSED] ORDER |

The parties in the above-captioned action hereby stipulate and request to continue the further Case Management Conference set for January 13, 2014 until either February 24 or March 3, 2014 or at a time as soon thereafter as is convenient for the Court. The reason for the request is that due to the death of lead counsel Duane W. Reno on January 5, 2014 a determination has to be made regarding future

representation of plaintiffs.

Respectfully submitted:

Dated: January 8, 2014.

                      PETER F. CARON


                By   /s/ Peter F. Caron
                    Peter F. Caron

Dated: January 8, 2014.

                    DENNIS J. HERRERA
                    City Attorney
                    ELIZABETH SALVESON
                    Chief Labor Attorney
                    RUTH M. BOND
                    Deputy City Attorney

                By /s/ Ruth M. Bond
                    RUTH M. BOND
                    Attorneys for Defendant
                    CITY AND COUNTY OF SAN FRANCISCO

## ORDER

Pursuant to Parties' Stipulation the further Case Management Conference set for January 13, 104 is hereby continued to ~~either February 24, 2014 or~~ March 3, 2014.

IT IS SO ORDERED.

Dated: 01/09/2014



IT IS SO ORDERED

Judge Thelton E. Henderson

3