UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDA J. DUFF-BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>　　　　Defendant. | Case No. 11-cv-03917-TEH<br><br>**ORDER GRANTING IN PART MOTION TO CONTINUE PRETRIAL CONFERENCE STATEMENT DEADLINE** |

　　　　The parties have filed a joint request to extend the deadline for filing their joint pretrial conference statement from May 30 to June 2, 2014. The motion is GRANTED IN PART. Defendant's motion for summary judgment remains under submission, and it is not clear that a pretrial conference statement will be necessary. Accordingly, the Court vacates the deadline to file a pretrial conference statement and will reset that deadline, if necessary, after ruling on Defendant's motion.

**IT IS SO ORDERED.**

Dated: 5/29/14　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge